# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JUSTIN BOREN, | ) |
| Plaintiff, | ) ) |
| | ) Case No. 3:21-cv-00178 |
| v. | ) |
| | ) Judge William L. Campbell, Jr. |
| FIRST CALL TEMPORARY SERVICES, INC. | ) Magistrate Judge Alistair Newbern ) |
| | ) |
| Defendant. | ) |
| | ) |

## DENIAL OF ENTRY OF DEFAULT

On April 6, 2021, Plaintiff Justin Boren filed a Request for Entry of Default against Defendant First Call Temporary Services, Inc. pursuant to Federal Rule of Civil Procedure 55(a). (Doc. No. 8). On April 20, 2021, Defendant filed an Unopposed Motion to Extend Time to Respond to Complaint. (Doc. No. 10). The Court granted Defendant's Motion and extended the response deadline to May 4, 2021. (Doc. No. 11). The Clerk finds entry of default premature in light of the Court-authorized extension. Accordingly, Plaintiff's Motion is **DENIED**.

s/ Lynda M. Hill
Lynda M. Hill
Clerk of Court
